SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CARLOS RUEDA-BARRAGAN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-304 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE** |
| v. | ) | |
| | ) | |
| CARLOS RUEDA-BARRAGAN and | ) | |
| MANUEL RODRIGUEZ-PLANCARTE, | ) | DATE: January 8, 2013 |
| | ) | TIME: 9:15 a.m. |
| Defendants. | ) | COURT: Hon. Lawrence K. Karlton |

## Stipulation

The government and defendants Rueda-Barragan and Rodriguez-Plancarte, through undersigned counsel, stipulate that the status conference, scheduled for January 8, 2013, may be continued to February 26, 2013, at 9:15 a.m. The defense attorneys are reviewing discovery in this case with their respective clients and the parties have been discussing potential resolutions. However, the additional time requested in this stipulation is necessary for investigation by the defense, legal research, and further negotiations between the parties.

Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the

1

public and the defendant in a speedy trial.  As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Rueda-Barragan to sign this stipulation on their behalf.

DATED: January 3, 2013                BENJAMIN WAGNER
                                      United States Attorney

                                by    /s/ Scott N. Cameron, for
                                      Daniel S. McConkie
                                      Assistant U.S. Attorney

DATED: January 3, 2013
                                by    /s/ Scott N. Cameron
                                      Scott N. Cameron
                                      Counsel for Carlos Rueda-Barragan

DATED: January 3, 2013
                                by    /s/ Scott N. Cameron, for
                                      Michael L. Chastaine
                                      Counsel for
                                      Manuel Rodriguez-Plancarte

**Order**

Good cause appearing,

The status conference, scheduled for January 8, 2013, is continued to February 26, 2013, at 9:15 a.m.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case.  Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: January 7, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT