```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CARLOS RUEDA-BARRAGAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-304 LKK |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| CARLOS RUEDA-BARRAGAN and MANUEL RODRIGUEZ-PLANCARTE, | DATE: April 2, 2013<br>TIME: 9:15 a.m. |
| Defendants. | COURT: Hon. Lawrence K. Karlton |

### Stipulation

The government and defendants Rueda-Barragan and Rodriguez-Plancarte, through undersigned counsel, stipulate that the status conference, scheduled for April 2, 2013, may be continued to May 7, 2013, at 9:15 a.m. The defense attorneys are reviewing discovery in this case with their respective clients and the parties have been discussing potential resolutions. However, the additional time requested in this stipulation is necessary for investigation by the defense, legal research, and further negotiations between the parties.

Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties

1

agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Rueda-Barragan to sign this stipulation on their behalf.

DATED: March 27, 2013   BENJAMIN WAGNER
                        United States Attorney

                        by   /s/ Daniel S. McConkie
                             Daniel S. McConkie
                             Assistant U.S. Attorney

DATED: March 27, 2013
                        by   /s/ Scott N. Cameron
                             Scott N. Cameron
                             Counsel for Carlos Rueda-Barragan

DATED: March 27, 2013
                        by   /s/ Michael L. Chastaine
                             Michael L. Chastaine
                             Counsel for
                             Manuel Rodriguez-Plancarte

## **Order**

Good cause appearing,

The status conference, scheduled for April 2, 2013, is continued to May 7, 2013, at 9:15 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: March 28, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT