**Michael L. Chastaine** SBN 121209
The CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
(916) 932-7150
Fax: (916) 526-2677

Attorney for Defendant
Manuel Rodriquez-Plancarte

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br>MANUEL RODRIQUEZ-PLANCARTE<br><br>    Defendant | Case No.: 2:12 CR 304 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Date**: **June 25, 2013**<br>**Time: 9:15 am**<br>**Judge: Karlton** |

    The government and defendants Rueda-Barragan and Rodriguez-Plancarte, through undersigned counsel, stipulate that the status conference, scheduled for June 25, 2013, may be continued to July 30, 2013, at 9:15 a.m. The parties have been discussing potential resolutions and have worked out tentative resolutions. However, plea agreements are outstanding and defense counsel will require time to review such agreements with their clients. Neither client speaks English so such meetings with the defendants will require the use of interpreters.

    Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial

1

calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Manuel Rodriquez-Plancarte to sign this stipulation on their behalf.

DATED: June 19, 2013   BENJAMIN WAGNER
United States Attorney

/s/ Michael Chastaine, for
Daniel S. McConkie
Assistant U.S. Attorney

DATED: June 19, 201   /s/ Michael Chastaine
Scott N. Cameron
Counsel for Carlos Rueda-Barragan

DATED: June 19, 201   /s/ Michael Chastaine
Michael L. Chastaine
Counsel for
Manuel Rodriguez-Plancarte

**Order**

Good cause appearing,

The status conference, scheduled for June 25, 2013, is continued to July 30, 2013, at 9:15 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: June 24, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT