**Michael L. Chastaine** SBN 121209
The CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
(916) 932-7150
Fax: (916) 526-2677

Attorney for Defendant
Manuel Rodriquez-Plancarte

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> vs.<br>MANUEL RODRIQUEZ-PLANCARTE<br><br>   Defendant | Case No.: 2:12 CR 304 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Date**: **October 22, 2013**<br>**Time: 9:15 am**<br>**Judge: Karlton** |

   The government and defendant Rodriguez-Plancarte, through undersigned counsel, stipulate that the status conference, scheduled for September 10, 2013, shall, with the approval of the Court, be continued to October 22, 2013, at 9:15 a.m. The parties have been discussing potential resolutions and have worked out tentative resolutions. However, the undersigned prosecutor has been recently assigned to the case upon the departure of former Assistant United States Attorney Daniel McConkie near the end of July 2013, and the new prosecutor, who was on leave for approximately two weeks in August 2013, needs more time to review the file further, obtain authorization of his supervisor to make a plea offer to Rodriguez-Plancarte, and prepare the proposed plea agreement. Once the plea agreements are finalized defense counsel will require time to review such agreements and documents with his clients. Mr. Rodriquez-Plancarte does

not speak English so such meetings with the defendant will require the use of Spanish/English language interpreters.

The parties stipulate and agree that the Court shall find that: (1) the failure to grant the requested continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time from the date of this stipulation to and including the October 22, 2013, status conference shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Manuel Rodriquez-Plancarte to sign this stipulation on their behalf.

DATED: September 3, 2013           BENJAMIN WAGNER
                                    United States Attorney

                                    /s/ Michael Chastaine, for
                                    Samuel Wong
                                    Assistant U.S. Attorney

DATED: September 3, 201            /s/ Michael Chastaine
                                    Michael L. Chastaine
                                    Counsel for
                                    Manuel Rodriguez-Plancarte

## Order

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of both counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a

speedy trial.  It is ordered that time beginning from the parties stipulation on September 3, 2013, up to and including the October 22, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow both counsel reasonable time to prepare.

IT IS FURTHER ORDERED the status conference, scheduled for September 10, 2013, is continued to October 22, 2013, at 9:15 a.m.

IT IS SO ORDERED.

Dated: September 5, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT