BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL RODRIGUEZ-PLANCARTE,<br><br>Defendant. | CASE NO. 2:12-CR-304-LKK<br><br>ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Court: Hon. Lawrence K. Karlton |

On October 22, 2013, the Court held a regularly scheduled status conference for defendant Manuel Rodriguez-Plancarte only. Assistant United States Attorney Samuel Wong appeared on behalf of plaintiff United States of America. Defense attorney Michael Chastaine, Esq., appeared with defendant Rodriguez-Plancarte, who was present in custody.

The parties advised the Court that the parties needed additional time to attempt to settle this case, and defense counsel needed additional time to advise the defendant of the ramifications of any settlement offer made to defendant versus the risk and ramifications of proceeding to trial. Defense counsel's task of conferring with defendant is made more difficult and requires more time because defendant is a Spanish language speaker and an English/Spanish interpreter must be used to facilitate communications between attorney and client.

The parties requested and agreed that: (1) the Court hold a status conference on November 13, 2013 at 9:15 a.m.; and (2) the time period from the October 22, 2013, hearing to, and including, the new

PLEA AGREEMENT RE:
MANUEL RODRIGUEZ-PLANCARTE

1

1  status conference hearing on November 13, 2013, shall be excluded from computation of time within
2  which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)
3  and (B)(iv), and Local Code T4 (both pertaining to additional time necessary for counsel to prepare).

      Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court sets a new status conference hearing for defendant Rodriguez-Plancarte only on November 13, 2013, at 9:15 a.m. The Court orders that time from October 22, 2013, to, and including, November 13, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to additional time necessary for counsel preparation.

      The Court finds that the failure to grant the requested continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

      IT IS SO ORDERED.

Dated: November 12, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT