**Michael L. Chastaine** SBN 121209
The CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
(916) 932-7150
Fax: (916) 526-2677

Attorney for Defendant
Manuel Rodriquez-Plancarte

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br> MANUEL RODRIQUEZ-PLANCARTE <br><br> Defendant | Case No.: 2:12 CR 304 LKK <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** <br><br> **Date**: **December 3, 2013** <br> **Time: 9:15 am** <br> **Judge: Karlton** |

  The government and defendant Rodriguez-Plancarte, through undersigned counsel, stipulate that the change of plea and/or status conference, scheduled for November 19, 2013, shall, with the approval of the Court, be continued to December 3, 2013, at 9:15 a.m. The parties had reached what was believed to be a resolution and a negotiated plea agreement had been prepared. The matter was on calendar November 12, 2013, for a change of plea. However, at the time the matter was called Mr. Rodriquez-Plancarte had questions about his plea agreement that could not be answered in court by his defense counsel, but, instead, these questions required additional time to discuss with Mr. Rodriquez-Plancarte. Mr. Rodriquez-Plancarte does not speak English and requires a Spanish-speaking interpreter so this language aspect complicated matters.

The matter was previously continued to Tuesday, November 19, 2013, at 9:15 a.m. Defense counsel for Mr. Rodriquez-Plancarte did see him in the jail after court and attempted to answer his questions; however, Mr. Rodriquez-Plancarte requests additional time to consider the ramifications of accepting or rejecting the plea offer. Further, defense counsel for Mr. Rodriquez-Plancarte has a calendaring conflict for the next two Tuesdays that the Court holds criminal calendar in that: (1) defense counsel is engaged in an ongoing state court hearing on November 19, 2013, in which expert witnesses from out of town are being call to testify; and (2) defense counsel has an all-day deposition scheduled on November 26, 2013.

Therefore, counsel stipulate and agree that December 3, 2013 is an appropriate date to hear Mr. Rodriquez-Plancarte's matter and this continuance gives him and his counsel sufficient time to discuss the plea agreement and negotiate any further modifications to the plea agreement that may be necessary.

The parties stipulate and agree that the Court shall find that: (1) the failure to grant the requested continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and defendant continuity of counsel; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time from the date of this stipulation, November 15, 2013, to and including the December 3, 2013, change of plea/status conference shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act for defense counsel's preparation and continuity of defense counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

///

///

///

The parties have authorized the defense counsel for Manuel Rodriquez-Plancarte to sign this stipulation on their behalf.

DATED: November 15, 2013  BENJAMIN WAGNER
United States Attorney

/s/ Michael Chastaine, for
Samuel Wong
Assistant U.S. Attorney

DATED: November 15, 2013  /s/ Michael Chastaine
Michael L. Chastaine
Counsel for
Manuel Rodriguez-Plancarte

## Order

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and defendant continuity of counsel. The Court finds that the ends of justice to be served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS ORDERED that time beginning from the parties' stipulation on November 15, 2013, up to and including the December 3, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare and defendant continuity of counsel.

IT IS FURTHER ORDERED the status conference, scheduled for November 19, 2013, is continued to December 3, 2013, at 9:15 a.m.

Dated: November 18, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT